**Order filed December 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00973-CV

_____

### KATHY BACY AND AKILAH BACY, Appellants

### V.

### NATIONAL COLLIEGATE TRUST, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1055319**

## O R D E R

The notices of appeal in this case were filed November 20, 2015. To date, the filing fees of $205.00 have not been paid. Appellant Akilah Bacy filed an affidavit of indigence, which was contested. On December 1, 2015, the trial court sustained the contest to Akilah Bacy's affidavit of indigence. There is no evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fees in the amount of $205.00 to the clerk of this court on or before **January 4, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM